Sarah J. Crouch, Esq./SC 1174
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201)533-1100
Attorney for Debtor

**Order Filed on February 14, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

United States Bankruptcy Court
District of New Jersey
--------------------------------x
In Re:                          **Chapter 13**

                                Case No.: 17-18502

  FREDDIE BLANQUERA
  MARIA BLANQUERA                Honorable Vincent F. Papalia

Debtors

                                HEARING DATE:


--------------------------------x

### ORDER APPROVING LOAN MODIFICATION


    The relief set forth on the following pages, numbered two (2)
through two (2) is hereby **ORDERED**.




**DATED: February 14, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**
Debtor:  Freddie & Maria Blanquera
Case No. 17-18502
Caption:  ORDER APPROVING LOAN MODIFICATION

------------------------------------------------------------------

 This matter having come before the Court upon the debtors' Application for an Order approving a loan modification agreement, and the Court having examined the evidence presented, and for good cause shown,

 **ORDERED** that the loan modification agreement between the debtos and Bank Of America, N.A. related to the property located at 277 Gates Avenue, Jersey City, NJ 07305;*

 **ORDERED** that Bank of America, NA will amend its proof of claim to reflect the modified mortgage agreement and arrearage within thirty (30) days of the entry of this order;

 **ORDERED** that the Debtor will amend Schedule J and modify the Chapter 13 Plan within twenty (20) days of the entry of this order.


*is approved on the terms set forth in the Loan Modification Agreement submitted with the Motion;