Sarah J. Crouch, Esq./SC 1174
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201)533-1100
Attorney for Debtor

**Order Filed on February 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

United States Bankruptcy Court
District of New Jersey
-----------------------------------x
In Re:                              **Chapter 13**

                                    Case No.: 17-18502

  FREDDIE BLANQUERA
  MARIA BLANQUERA                   Honorable Vincent F. Papalia

Debtors
                                    HEARING DATE:


-----------------------------------x

### ORDER APPROVING LOAN MODIFICATION


    The relief set forth on the following pages, numbered two (2)
through two (2) is hereby **ORDERED**.


**DATED: February 14, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**
Debtor:  Freddie & Maria Blanquera
Case No. 17-18502
Caption:  ORDER APPROVING LOAN MODIFICATION

----------------------------------------------------------------

This matter having come before the Court upon the debtors'
Application for an Order approving a loan modification agreement,
and the Court having examined the evidence presented, and for good
cause shown,

**ORDERED** that the loan modification agreement between the
debtos and Bank Of America, N.A. related to the property located
at 277 Gates Avenue, Jersey City, NJ 07305;*

**ORDERED** that Bank of America, NA will amend its proof of
claim to reflect the modified mortgage agreement and arrearage
within thirty (30) days of the entry of this order;

**ORDERED** that the Debtor will amend Schedule J and modify the
Chapter 13 Plan within twenty (20) days of the entry of this
order.

*is approved on the terms set forth in the Loan Modification Agreement
submitted with the Motion;

United States Bankruptcy Court
District of New Jersey

In re:
Freddie Blanquera
Maria Carmen P Blanquera
       Debtors

Case No. 17-18502-VFP

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin       Page 1 of 1       Date Rcvd: Feb 14, 2018
                     Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db/jdb        +Freddie Blanquera,    Maria Carmen P Blanquera,    277 Gates Avenue,    Jersey City, NJ 07305-1726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Michael R. DuPont    on behalf of Creditor    Liberty Savings FCU dupont@redbanklaw.com,
         dana@redbanklaw.com
         Nicholas Fitzgerald    on behalf of Debtor Freddie  Blanquera nickfitz.law@gmail.com
         Nicholas Fitzgerald    on behalf of Joint Debtor Maria Carmen P Blanquera nickfitz.law@gmail.com
         Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
         rsolarz@kmllawgroup.com
         Sarah J. Crouch    on behalf of Joint Debtor Maria Carmen P Blanquera nickfitz.law@gmail.com,
         nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
         Sarah J. Crouch    on behalf of Debtor Freddie  Blanquera nickfitz.law@gmail.com,
         nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                           TOTAL: 10