Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–18502–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Freddie Blanquera
277 Gates Avenue
Jersey City, NJ 07305

Maria Carmen P Blanquera
aka Maria Carmen Pascual, aka Maria
Carmen Miralles, aka Carmen Blanquera
277 Gates Avenue
Jersey City, NJ 07305

Social Security No.:
  xxx–xx–6615                                              xxx–xx–1767

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 11, 2017.

On 2/15/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                    March 15, 2018
Time:                     10:00 AM
Location:                 Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark,
NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 16, 2018
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-18502-VFP
Freddie Blanquera                                               Chapter 13
Maria Carmen P Blanquera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 3          Date Rcvd: Feb 16, 2018
                             Form ID: 185          Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
```
db/jdb        +Freddie Blanquera,   Maria Carmen P Blanquera,   277 Gates Avenue,   Jersey City, NJ 07305-1726
cr            +BANK OF AMERICA, N.A.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
516789705      Bank Of America,   PO Box 15222,   Wilmington, DE 19886-5222
516789706     #+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516789707     +Bank Of America,   4909 Savarese Circle,   Tampa, FL 33634-2413
516789708      Bank Of america,   PO Box 31785,   Tampa, FL 33631-3785
516955511     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
516789709     +Barclays Bank Delaware,   100 S West St,   Wilmington, DE 19801-5015
516789710     +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
               Salt Lake City, UT 84130-0285
516911558      Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
516949178      Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516789711     +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
               S Louis, MO 63179-0040
516789712     +Comenity Bank/Pier 1,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
516789713     +Comenitycapital/gmstop,   Comenity Bank,   Po Box 182125,   Columbus, OH 43218-2125
517029058      Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
               Kirkland, WA  98083-0657
516789714     +First National Bank,   Attn: FNN Legal Dept,   1620 Dodge St Mailstop Code 3290,
               Omaha, NE 68102-1593
516819590     +First National Bank of Omaha,   1620 Dodge Street, Stop code 3105,   Omaha, NE 68197-0002
516789722     +Liberty Svngs Fed Cr U,   666 Newark Ave,   Jersey City, NJ 07306-2398
516983604     +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
516789726      PNC Mortgage,   Po Box 8807,   Dayton, OH 45401-8807
516789725      PNC Mortgage,   PO Box 1820,   Attention: B6-YM07-01-5,   Dayton, OH 45401-1820
516789727      Pressler & Pressler LLP,   7 Entin Road,   Parsippany, NJ 07054-5020
516789737     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,   Toyota Financial Services,   Po Box 8026,
               Cedar Rapids, IA 52408)
516789736     +Target,   C/O Financial & Retail Srvs,   Mailstopn BT POB 9475,   Minneapolis, MN 55440-9475
517014469     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
516789738     +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2018 23:35:02     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2018 23:34:59     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/Text: laura@redbanklaw.com Feb 16 2018 23:34:25     Liberty Savings FCU,
               c/o McKenna, DuPont, Higgins & Stone,   229 Broad Street,   Red Bank, NJ 07701-2009
cr            +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 23:31:47
               Synchrony Bank,   c/o PRA Receivables Management, LL.,   POB 41021,   Norfolk, VA 23541-1021
517051682     +E-mail/Text: bncmail@w-legal.com Feb 16 2018 23:35:12     CAREPOINT HEALTH - PHYSICAN GSHA,
               C/O Weinstein & Riley P.S.,   2001 Western Ave Ste. 400,   Seattle, WA 98121-3132
516789718      E-mail/Text: cio.bncmail@irs.gov Feb 16 2018 23:34:35     IRS,   PO Box 724,
               Springfield, NJ 07081
516789721     +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 16 2018 23:34:29     Kohls/Capital One,
               Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
517179875     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 16 2018 23:32:04     LVNV Funding, LLC,
               c/o Resurgent Capital Services,   P.O. Box 10587,   Greenville, SC  29603-0587,
               LVNV Funding, LLC,   c/o Resurgent Capital Services 29603-0587
517179874      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 16 2018 23:31:53     LVNV Funding, LLC,
               c/o Resurgent Capital Services,   P.O. Box 10587,   Greenville, SC  29603-0587
517044753      E-mail/Text: laura@redbanklaw.com Feb 16 2018 23:34:25     Liberty Savings Federal Credit Union,
               C/O McKenna, DuPont, Higgins & Stone, PC,   PO Box 610,   Red Bank, NJ 07701-0610
517016511     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 16 2018 23:34:58     MIDLAND FUNDING LLC,
               PO BOX 2011,   WARREN, MI 48090-2011
516789723     +E-mail/PDF: pa_dc_claims@navient.com Feb 16 2018 23:32:14     Navient,   Attn: Claims Dept,
               Po Box 9500,   Wilkes- Barr, PA 18773-9500
516789724     +E-mail/PDF: bankruptcy@ncfsi.com Feb 16 2018 23:31:51     New Century Financial Services,
               110 South Jefferson Road, Suite 104,   Whippany, NJ 07981-1038
517037633      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2018 23:38:03
               Portfolio Recovery Associates, LLC,   c/o Barclaycard,   POB 41067,   Norfolk VA 23541
517037584      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2018 23:38:03
               Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.A.,   POB 41067,
               Norfolk VA 23541
516789728     +E-mail/Text: bankruptcy@prosper.com Feb 16 2018 23:35:35     Prosper Marketplace Inc,
               Po Box 396081,   San Francisco, CA 94139-6081
517051684     +E-mail/Text: bncmail@w-legal.com Feb 16 2018 23:35:12     Prosper Marketplace Inc.,
               C/O Weinstein & Riley P.S.,   2001 Western Ave Ste. 400,   Seattle, WA 98121-3132
```

```
District/off: 0312-2            User: admin            Page 2 of 3            Date Rcvd: Feb 16, 2018
                               Form ID: 185            Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516896752        E-mail/Text: bnc-quantum@quantum3group.com Feb 16 2018 23:34:53
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
516789729        +E-mail/Text: bkdepartment@rtresolutions.com Feb 16 2018 23:35:13      Real Time Resolutions,
                 Attn: Bankruptcy,   PO Box 36655,   Dallas, TX 75235-1655
516790790        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 23:31:58      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516789730        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 23:31:47      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
516789731        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 23:31:47      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
516789732        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 23:31:47      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
516789733        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 23:31:58      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
516789734        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 23:31:58      Synchrony Bank/PC Richards & Sons,
                 Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
516789735        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 23:31:47      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
516875556        +E-mail/Text: bncmail@w-legal.com Feb 16 2018 23:35:12      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                             TOTAL: 27


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516789720*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court:  IRS Special Procedure Function,   955 South Springfield Avenue,
               PO Box 744,   Springfield, NJ 07081)
516789716*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court:  Internal Revenue Service,   District Counsel,
               District of New Jersey,   One Newrak Center, Suite 1500,   Newark, NJ 07102-5224)
516789719*   +IRS Centralized Insovency Operation,   PO Box 21126,   Philadelphia, PA 19114-0326
516789715*    Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
516789717*    Internal Revenue Service,   PO Box 804527,   Cincinnati, OH 45280-4527
                                                                 TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Michael R. DuPont    on behalf of Creditor    Liberty Savings FCU dupont@redbanklaw.com,
           dana@redbanklaw.com
          Nicholas  Fitzgerald    on behalf of Joint Debtor Maria Carmen P Blanquera nickfitz.law@gmail.com
          Nicholas  Fitzgerald    on behalf of Debtor Freddie  Blanquera nickfitz.law@gmail.com
          Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
```

District/off: 0312-2              User: admin               Page 3 of 3              Date Rcvd: Feb 16, 2018
                                 Form ID: 185               Total Noticed: 53


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sarah J. Crouch    on behalf of Joint Debtor Maria Carmen P Blanquera nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
          Sarah J. Crouch    on behalf of Debtor Freddie  Blanquera nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 10