**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: December 1, 2017

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:
FREDDIE BLANQUERA
MARIA P. CARMEN BLANQUERA

Debtor(s)

Case No.: 17-18502

Judge: Papalia

### Chapter 13 Plan and Motions

☐ Original            ☒ Modified/Notice Required            Date: _____

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: _____    Initial Debtor: _____    Initial Co-Debtor: _____

**Part 1:   Payment and Length of Plan**

a. The debtor shall pay $ _____ per ___month___ to the Chapter 13 Trustee, starting on ___March 1, 2018___ for approximately ___8___ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒   Future earnings

☐   Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:
On November 1, 2018, the plan will step up to $1174.00 for the remaining 42 months.

**Part 2:  Adequate Protection ☒ NONE**

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:  Priority Claims (Including Administrative Expenses)**

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,000.00 |
| DOMESTIC SUPPORT OBLIGATION | N/A | N/A |
| Internal Revenue Service | Income Tax Debt | $5,617.97 |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

    ☒ None

    ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
| --- | --- | --- | --- |
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

| Part 4: | Secured Claims |
|---|---|

**a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:
Bank of America
PNC Bank
Toyota Motor Credit

| g. Secured Claims to be Paid in Full Through the Plan: ☒ NONE | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|  |  |  |

**Part 5:  Unsecured Claims ☐ NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
  ☐ Not less than $ _____ to be distributed *pro rata*
  ☐ Not less than _____ percent
  ☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:  Executory Contracts and Unexpired Leases ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions ☒ NONE**

**NOTE:** All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.   ☒ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative/Priority Claims
3) Secured Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification** ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____04/26/2017_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The plan is being modified following the approval of a loan modification on the first mortgage. The plan payment is being adjusted to reflect the change in mortgage payment. | The plan is being modified following a mortgage modification on the first mortgage. The plan payment is being adjusted to reflect the change in the first mortgage payment. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 02/15/18                                 _____
                                               Attorney for the Debtor

Date: 02/15/18                                 _____
                                               Debtor

Date: 02/15/18                                 _____
                                               Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 02/15/18                        _____
                                      Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 02/15/18                        _____
                                      Debtor

Date: 02/15/18                        _____
                                      Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-18502-VFP
Freddie Blanquera                                                   Chapter 13
Maria Carmen P Blanquera
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 3              Date Rcvd: Feb 16, 2018
                              Form ID: pdf901            Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
```
db/jdb         +Freddie Blanquera,    Maria Carmen P Blanquera,    277 Gates Avenue,    Jersey City, NJ 07305-1726
cr             +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516789705       Bank Of America,    PO Box 15222,    Wilmington, DE 19886-5222
516789706      #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516789707      +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
516789708       Bank of america,    PO Box 31785,    Tampa, FL 33631-3785
516955511      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516789709      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
516789710      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516911558       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516949178       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516789711      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516789712      +Comenity Bank/Pier 1,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
516789713      +Comenitycapital/gmstop,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517029058       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516789714      +First National Bank,    Attn: FNN Legal Dept,    1620 Dodge St Mailstop Code 3290,
                 Omaha, NE 68102-1593
516819590      +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
516789722      +Liberty Svngs Fed Cr U,    666 Newark Ave,    Jersey City, NJ 07306-2398
516983604      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
516789726       PNC Mortgage,    Po Box 8807,    Dayton, OH 45401-8807
516789725       PNC Mortgage,    PO Box 1820,    Attention: B6-YM07-01-5,    Dayton, OH 45401-1820
516789727       Pressler & Pressler LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
516789737     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,     Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
516789736      +Target,   C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517014469      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516789738      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2018 22:21:20      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2018 22:21:18      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: laura@redbanklaw.com Feb 16 2018 22:21:03      Liberty Savings FCU,
                 c/o McKenna, DuPont, Higgins & Stone,    229 Broad Street,    Red Bank, NJ 07701-2009
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 22:22:08
                 Synchrony Bank,    c/o PRA Receivables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517051682      +E-mail/Text: bncmail@w-legal.com Feb 16 2018 22:21:25      CAREPOINT HEALTH - PHYSICAN GSHA,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
516789718       E-mail/Text: cio.bncmail@irs.gov Feb 16 2018 22:21:09      IRS,    PO Box 724,
                 Springfield, NJ 07081
516789721      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 16 2018 22:21:06      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517179875      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 16 2018 22:21:56      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587,
                 LVNV Funding, LLC,    c/o Resurgent Capital Services 29603-0587
517179874       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 16 2018 22:22:03      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
517044753       E-mail/Text: laura@redbanklaw.com Feb 16 2018 22:21:03      Liberty Savings Federal Credit Union,
                 C/O McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,    Red Bank, NJ 07701-0610
517016511      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 16 2018 22:21:18      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516789723      +E-mail/PDF: pa_dc_claims@navient.com Feb 16 2018 22:22:10      Navient,    Attn: Claims Dept,
                 Po Box 9500,    Wilkes- Barr, PA 18773-9500
516789724      +E-mail/PDF: bankruptcy@ncfsi.com Feb 16 2018 22:21:55      New Century Financial Services,
                 110 South Jefferson Road, Suite 104,    Whippany, NJ 07981-1038
517037633       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2018 22:30:49
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517037584       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2018 22:31:21
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
516789728      +E-mail/Text: bankruptcy@prosper.com Feb 16 2018 22:21:33      Prosper Marketplace Inc,
                 Po Box 396081,    San Francisco, CA 94139-6081
517051684      +E-mail/Text: bncmail@w-legal.com Feb 16 2018 22:21:25      Prosper Marketplace Inc.,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
```

```
District/off: 0312-2              User: admin                Page 2 of 3                  Date Rcvd: Feb 16, 2018
                                  Form ID: pdf901            Total Noticed: 53


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516896752         E-mail/Text: bnc-quantum@quantum3group.com Feb 16 2018 22:21:16
                  Quantum3 Group LLC as agent for,     MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
516789729        +E-mail/Text: bkdepartment@rtresolutions.com Feb 16 2018 22:21:26      Real Time Resolutions,
                  Attn: Bankruptcy,    PO Box 36655,    Dallas, TX 75235-1655
516790790        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 22:22:01        Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
516789730        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 22:21:54        Synchrony Bank/ JC Penneys,
                  Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516789731        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 22:22:01        Synchrony Bank/ Old Navy,
                  Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516789732        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 22:22:01        Synchrony Bank/Amazon,
                  Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516789733        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 22:22:08        Synchrony Bank/Lowes,
                  Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516789734        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 22:22:08        Synchrony Bank/PC Richards & Sons,
                  Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516789735        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 22:22:01        Synchrony Bank/Walmart,
                  Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516875556        +E-mail/Text: bncmail@w-legal.com Feb 16 2018 22:21:25       TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516789720*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:  IRS Special Procedure Function,     955 South Springfield Avenue,
                  PO Box 744,    Springfield, NJ 07081)
516789716*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    District Counsel,
                  District of New Jersey,    One Newrak Center, Suite 1500,    Newark, NJ 07102-5224)
516789719*       +IRS Centralized Insovency Operation,     PO Box 21126,    Philadelphia, PA 19114-0326
516789715*        Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516789717*        Internal Revenue Service,    PO Box 804527,    Cincinnati, OH 45280-4527
                                                                                               TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael R. DuPont    on behalf of Creditor    Liberty Savings FCU dupont@redbanklaw.com,
               dana@redbanklaw.com
              Nicholas Fitzgerald    on behalf of Joint Debtor Maria Carmen P Blanquera nickfitz.law@gmail.com
              Nicholas Fitzgerald    on behalf of Debtor Freddie  Blanquera nickfitz.law@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
```

```
District/off: 0312-2          User: admin                Page 3 of 3               Date Rcvd: Feb 16, 2018
                              Form ID: pdf901            Total Noticed: 53


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sarah J. Crouch    on behalf of Joint Debtor Maria Carmen P Blanquera nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              Sarah J. Crouch    on behalf of Debtor Freddie  Blanquera nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10
```