UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Freddie Blanquera and Maria Carmen P Blanquera

Case No.: 17-18502-VFP

Chapter: 13

Judge: Vincent F. Papalia

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Sarah Crouch, Esq.

This will confirm that on 2/15/18 the following document(s) was filed by you.

- ☒ Amendment to Schedule(s) J ,
- ☐ Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

- ☒ Declaration About an Individual Debtor's Schedules (106 Declaration)
- ☐ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]
- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 2/16/18                            Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Freddie Blanquera  
Maria Carmen P Blanquera  
    Debtors

Case No. 17-18502-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Feb 16, 2018  
                         Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.  
db         +Freddie Blanquera,   277 Gates Avenue,   Jersey City, NJ 07305-1726  
jdb        +Maria Carmen P Blanquera,   277 Gates Avenue,   Jersey City, NJ 07305-1726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:  
        Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Michael R. DuPont   on behalf of Creditor   Liberty Savings FCU dupont@redbanklaw.com, dana@redbanklaw.com  
        Nicholas Fitzgerald   on behalf of Debtor Freddie Blanquera nickfitz.law@gmail.com  
        Nicholas Fitzgerald   on behalf of Joint Debtor Maria Carmen P Blanquera nickfitz.law@gmail.com  
        Nicholas V. Rogers   on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
        Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
        Sarah J. Crouch   on behalf of Joint Debtor Maria Carmen P Blanquera nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
        Sarah J. Crouch   on behalf of Debtor Freddie Blanquera nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                            TOTAL: 10