UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Freddie Blanquera
Maria Carmen P Blanquera

Case No.: 17-18502

Chapter: 13

Judge: Papalia

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Freddie Blanquera, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 4/18/2022

Debtor's Signature

**IMPORTANT:**

* Each debtor in a joint case must file a separate Certification in Support of Discharge.
* A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Freddie Blanquera
Maria Carmen P Blanquera

Case No.: 17-18502

Chapter: 13

Judge: Papalia

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Maria Carmen P Blanquera, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 4/18/2022

Debtor's Signature

**IMPORTANT:**

* Each debtor in a joint case must file a separate Certification in Support of Discharge.
* A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.