**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Freddie Blanquera<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6615<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Maria Carmen P Blanquera<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1767<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–18502–VFP | |

## Order of Discharge                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Freddie Blanquera

Maria Carmen P Blanquera
aka Maria Carmen Pascual, aka Maria Carmen Miralles, aka Carmen Blanquera

7/5/22

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                      Case No. 17-18502-VFP
Freddie Blanquera                                                                                 Chapter 13
Maria Carmen P Blanquera
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                            User: admin                                    Page 1 of 4
Date Rcvd: Jul 05, 2022                    Form ID: 3180W                            Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.
++                  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).
^                    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Freddie Blanquera, Maria Carmen P Blanquera, 277 Gates Avenue, Jersey City, NJ 07305-1726 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| cr | + | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 519446639 | | Citibank, N.A, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 519446640 | + | Citibank, N.A, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826, Citibank, N.A Bankruptcy Department 29603-0826 |
| 516789722 | + | Liberty Svngs Fed Cr U, 666 Newark Ave, Jersey City, NJ 07306-2398 |
| 516789726 | | PNC Mortgage, Po Box 8807, Dayton, OH 45401-8807 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 05 2022 22:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 05 2022 22:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: laura@redbanklaw.com | Jul 05 2022 22:06:00 | Liberty Savings FCU, c/o McKenna, DuPont, Higgins & Stone, 229 Broad Street, Red Bank, NJ 07701-2009 |
| cr | + | EDI: RMSC.COM | Jul 06 2022 02:03:00 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 517447057 | | EDI: BANKAMER.COM | Jul 06 2022 02:03:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 516789705 | | EDI: BANKAMER.COM | Jul 06 2022 02:03:00 | Bank Of America, PO Box 15222, Wilmington, DE 19886-5222 |
| 516789706 | + | EDI: BANKAMER.COM | Jul 06 2022 02:03:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516789707 | + | EDI: BANKAMER.COM | Jul 06 2022 02:03:00 | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 516789708 | | EDI: BANKAMER.COM | Jul 06 2022 02:03:00 | Bank Of america, PO Box 31785, Tampa, FL 33631-3785 |
| 516955511 | + | EDI: BANKAMER2.COM | Jul 06 2022 02:03:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516789709 | + | EDI: TSYS2 | Jul 06 2022 02:03:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517051682 | + | Email/Text: bncmail@w-legal.com | | |

Case 17-18502-VFP    Doc 61    Filed 07/07/22    Entered 07/08/22 00:14:28    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 05, 2022 | Form ID: 3180W | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 05 2022 22:07:00 | CAREPOINT HEALTH - PHYSICAN GSHA, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 516789710 | + | EDI: CAPITALONE.COM | Jul 06 2022 02:03:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516911558 | | EDI: CAPITALONE.COM | Jul 06 2022 02:03:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516949178 | | Email/PDF: bncnotices@becket-lee.com | Jul 05 2022 22:09:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516789711 | + | EDI: CITICORP.COM | Jul 06 2022 02:03:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516789712 | + | EDI: WFNNB.COM | Jul 06 2022 02:03:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 516789713 | + | EDI: WFNNB.COM | Jul 06 2022 02:03:00 | Comenitycapital/gmstop, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 516789738 | + | EDI: CITICORP.COM | Jul 06 2022 02:03:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517029058 | | EDI: Q3G.COM | Jul 06 2022 02:03:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516789714 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 05 2022 22:07:00 | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68191 |
| 516819590 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 05 2022 22:07:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 516789718 | | EDI: IRS.COM | Jul 06 2022 02:03:00 | IRS, PO Box 724, Springfield, NJ 07081 |
| 516789721 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 05 2022 22:06:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 517179874 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 05 2022 22:09:41 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 517179875 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 05 2022 22:09:43 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587, LVNV Funding, LLC, c/o Resurgent Capital Services 29603-0587 |
| 517044753 | | Email/Text: laura@redbanklaw.com | Jul 05 2022 22:06:00 | Liberty Savings Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 517016511 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 05 2022 22:07:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516789723 | + | EDI: NAVIENTFKASMSERV.COM | Jul 06 2022 02:03:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516789724 | + | Email/PDF: bankruptcy@ncfsi.com | Jul 05 2022 22:10:11 | New Century Financial Services, 110 South Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 516983604 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 05 2022 22:06:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 516789725 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 05 2022 22:06:00 | PNC Mortgage, PO Box 1820, Attention: B6-YM07-01-5, Dayton, OH 45401-1820 |
| 517037633 | | EDI: PRA.COM | Jul 06 2022 02:03:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517037584 | | EDI: PRA.COM | Jul 06 2022 02:03:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |

Case 17-18502-VFP    Doc 61    Filed 07/07/22    Entered 07/08/22 00:14:28    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 05, 2022 | Form ID: 3180W | Total Noticed: 59 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516789727 | | Email/Text: signed.order@pfwattorneys.com | Jul 05 2022 22:07:00 | Pressler & Pressler LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516789728 | ^ | MEBN | Jul 05 2022 22:04:00 | Prosper Marketplace Inc, Po Box 396081, San Francisco, CA 94139-6081 |
| 517051684 | + | Email/Text: bncmail@w-legal.com | Jul 05 2022 22:07:00 | Prosper Marketplace Inc., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 516896752 | | EDI: Q3G.COM | Jul 06 2022 02:03:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516789729 | + | Email/Text: bkdepartment@rtresolutions.com | Jul 05 2022 22:07:00 | Real Time Resolutions, Attn: Bankruptcy, PO Box 36655, Dallas, TX 75235-1655 |
| 516790790 | + | EDI: RMSC.COM | Jul 06 2022 02:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516789730 | + | EDI: RMSC.COM | Jul 06 2022 02:03:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516789731 | + | EDI: RMSC.COM | Jul 06 2022 02:03:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516789732 | + | EDI: RMSC.COM | Jul 06 2022 02:03:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516789733 | + | EDI: RMSC.COM | Jul 06 2022 02:03:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516789734 | + | EDI: RMSC.COM | Jul 06 2022 02:03:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516789735 | + | EDI: RMSC.COM | Jul 06 2022 02:03:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516875556 | + | Email/Text: bncmail@w-legal.com | Jul 05 2022 22:07:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516789737 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 05 2022 22:07:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 516789736 | + | EDI: WTRRNBANK.COM | Jul 06 2022 02:03:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517014469 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 05 2022 22:07:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518301757 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 05 2022 22:07:00 | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0675, U.S. Bank National Association, not in i, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518301756 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 05 2022 22:07:00 | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516789720 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS Special Procedure Function, 955 South Springfield Avenue, PO Box 744, Springfield, NJ 07081 |
| 516789716 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, District Counsel, District of New Jersey, One Newrak Center, Suite 1500, Newark, NJ 07102-5224 |

District/off: 0312-2     User: admin     Page 4 of 4
Date Rcvd: Jul 05, 2022     Form ID: 3180W     Total Noticed: 59

| | | |
|---|---|---|
| 516789719 | *+ | IRS Centralized Insovency Operation, PO Box 21126, Philadelphia, PA 19114-0326 |
| 516789715 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516789717 | * | Internal Revenue Service, PO Box 804527, Cincinnati, OH 45280-4527 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2022 at the address(es) listed below:

**Name**     **Email Address**

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Michael R. DuPont
    on behalf of Creditor Liberty Savings FCU dupont@redbanklaw.com  lori@redbanklaw.com

Nicholas Fitzgerald
    on behalf of Joint Debtor Maria Carmen P Blanquera fitz2law@gmail.com

Nicholas Fitzgerald
    on behalf of Debtor Freddie Blanquera fitz2law@gmail.com

Nicholas V. Rogers
    on behalf of Creditor BANK OF AMERICA  N.A. nj.bkecf@fedphe.com

Phillip Andrew Raymond
    on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2019-RPL2 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9