Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−18502−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Freddie Blanquera | Maria Carmen P Blanquera |
| 277 Gates Avenue | aka Maria Carmen Pascual, aka Maria |
| Jersey City, NJ 07305 | Carmen Miralles, aka Carmen Blanquera |
| | 277 Gates Avenue |
| | Jersey City, NJ 07305 |

Social Security No.:
  xxx−xx−6615                                  xxx−xx−1767

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 5, 2022</u>                <u>Vincent F. Papalia</u>
                                                  Judge, United States Bankruptcy Court